IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02093-WYD-MJW

VANESSA KING,

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, L.L.C., a Delaware limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to

Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to

pay her or its own attorney's fees and costs.

Dated this 24th day of September, 2009.

                      BY THE COURT:


                      s/ Wiley Y. Daniel
                      WILEY Y. DANIEL,
                      CHIEF UNITED STATES DISTRICT JUDGE